

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICARDO A. SAMANIEGO, in his official capacity as County Judge; CARLOS LEON, in his official capacity as a County Commissioner; DAVID STOUT, in his official capacity as a County Commissioner; ILLIANA HOLGUIN, in her official capacity as a County Commissioner; and CARL L. ROBINSON, in his official capacity as a County Commissioner, | § § § § § § | No. 08-22-00029-CV<br><br>Appeal from the<br><br>County Court at Law No. 7<br><br>of El Paso County, Texas |
| Appellants, | § | (TC# 2021DCV1132 ) |
| v. | § | |
| ASSOCIATED GENERAL CONTRACTORS OF TEXAS, HIGHWAY, HEAVY, UTILITIES & INDUSTRIAL BRANCH; and A BROTHERS MILLING, LLC, | § § § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for all costs of appeal,

for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MARCH, 2023.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.